AKA/RKH: USAO 2012R00039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. AW 13 CR 0149 |
| KIRK YAMATANI, | * (Submission of False Official Writing, |
| | * 18 U.S.C. § 1018) |
| Defendant | * |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about June 10, 2009, in the District of Maryland, the defendant,

**KIRK YAMATANI,**

a public officer of the United States, made and delivered as true a writing containing a statement he knew to be false, that is, a voucher made and presented to the Department of Commerce's National Institute of Standards and Technology which contained false information regarding a house-hunting trip for which he claimed reimbursement.

18 U.S.C. § 1018

Rod J. Rosenstein
United States Attorney

Dated: March 29, 2013