IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED
```

APR 3 0 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

US

vs.

Kirk Yamatani

Case No. 13 cr 149

*******

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

---

30 April 2013
Date

*Signature of Counsel*

STEVEN H. LEVIN    28750
Print Name         Bar Number

LEVIN + CORLETT LLC
Firm Name

250 W. Pratt Street
Address

Baltimore MD 21201
City/State/Zip

410.545.5871
Phone No.

410.685.2222
Fax No.

slevin@levincorlett.com
Email Address