IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. CBD-13-0149 |
| | * | |
| **KIRK YAMATANI,** | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO WITHDRAW FILINGS

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Adam K. Ake, Assistant United States Attorney for said District, and with concurrence of counsel for the defendant, Steven Levin, respectfully requests that the Court allow the Government leave to withdraw the documents filed at ECF No. 10 in this case.  The Government has determined that the persons who submitted the documents attached to the submission at ECF No. 10 do not have standing under the Crime Victims' Rights Act of 1982 to file a Victim Impact Statement and both parties request that the Court not consider them further.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: \_\_\_/s/_____
     Adam K. Ake
     Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of June, 2013, a copy of the foregoing Sentencing Memorandum was served via electronic case filing upon the following:

Mr. Steven H. Levin, Esq.
Levin & Curlett LLC
250 W. Pratt Street
Suite 1300
Baltimore, Maryland 21201

                                          __/s/_____
                                          Adam K. Ake
                                          Assistant United States Attorney