IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff | * | |
|     v. | * | Criminal No: 8:13-149 CBD |
| KIRK YAMATANI | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEAL AND REQUEST FOR HEARING

Notice is hereby given that Kirk Yamatani, the defendant in the above-captioned case, hereby appeals to the United States District Court the findings and the sentence in this matter, as well as the Magistrate Judge's order of immediate detention, pursuant to Title 18 USC Section 3742, Fed.R.Crim.P. 38, Fed.R.Crim.P. 58(g)(2) and (3), and Local Rule 302.

Counsel requests an expedited hearing on the matter of Mr. Yamatani's immediate detention.

                                                          Respectfully submitted,

June 19, 2013                                        _____/s/_____
Date                                                      Steven H. Levin
                                                            Levin & Curlett LLC
                                                            250 West Pratt Street
                                                            Suite 1300
                                                            Baltimore MD 21201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served, by electronic mail, on this 19th day of June 2013, on all parties to the case.

                                                                                    __/s/_____
                                                                                    Steven H. Levin
                                                                                    Attorney for the Defendant