**LEVIN & CURLETT** LLC

STEVEN H. LEVIN
ADMITTED TO PRACTICE IN
MARYLAND, THE DISTRICT OF
COLUMBIA, AND NORTH
CAROLINA

CHARLES N. CURLETT, JR.
ADMITTED TO PRACTICE IN
MARYLAND, THE DISTRICT OF
COLUMBIA, AND NEW YORK

250 W. PRATT ST.
SUITE 1300
BALTIMORE, MD 21201
410.685.4444
FAX 410.685.2222

1455 PENNSYLVANIA AVE.
SUITE 400
WASHINGTON, DC 20004
202.280.2001
FAX 202.652.2309

WWW.LEVINCURLETT.COM

Steven H. Levin
Direct Dial: 410.545.5871
E-mail: slevin@levincurlett.com

June 20, 2013

The Honorable Deborah K. Chasanow
United States District Judge
Chief, United States District Court for the District of Maryland
US Courthouse
6500 Cherrywood Lane
Greenbelt MD 20770

  *Re: United States v. Yamatani, 13-149 CBD*

Dear Chief Judge Chasanow,

  As Your Honor may know, I have filed a motion for the review of a detention order as well as a memorandum in support thereof in the above-referenced case.

  I write to advise Your Honor that the government, without conceding that Title 18 USC Section 3143(a) is the applicable controlling statute, does not object to Mr. Yamatani's release pending self-surrender. If the Court entertains the motion under 3143(a), the government's concession would obviate the need to hold a hearing and expedite Mr. Yamatani's release from detention.

              Respectfully submitted,

              _____/s/_____
              Steven H. Levin (Fed Bar #28750)
              Levin & Curlett LLC
              250 West Pratt Street
              Suite 1300
              Baltimore MD 21201

cc: Adam Ake, AUSA
   Robert Hur, AUSA