IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **Plaintiff** | * | |
|     **v.** | * | Criminal No: 8:13-328 PJM |
| **KIRK YAMATANI** | * | |
|     **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL NOTICE OF APPEAL

Notice is hereby given that Kirk Yamatani, the defendant in the above-captioned case, hereby appeals to the United States District Court the findings and sentence imposed in *United States v. Yamatani*, Case No. 13-149 CBD, pursuant to Title 18 USC Section 3742, Fed.R.Crim.P. 38, Fed.R.Crim.P. 58(g)(2) and (3), Local Rule 302 and all other applicable laws, statutes, and rules.

                                                                       Respectfully submitted,

July 3, 2013                                                 _____/s/_____
Date                                                            Steven H. Levin
                                                               Levin & Curlett LLC
                                                               250 West Pratt Street
                                                               Suite 1300
                                                               Baltimore MD 21201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served, by electronic mail, on this 3rd day of July 2013, on all parties to the case.

                                                  __/s/_____
                                                  Steven H. Levin
                                                  Attorney for the Defendant